# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED MAY 3 1 2012 PATRICK E. DUFFY, CLERK By_____ DEPUTY CLERK, MISSOULA

| | |
|---|---|
| YMIR-JULE VON KOENIGSBERG-TYRVALDSSEN,<br><br>Plaintiff,<br><br>vs.<br><br>LEO DUTTON, SOMMER KORTH, STEPHANIE CATRON, KEN LETZ, DENNIS NYLAND, LAUREL BULSOR, LISA LECHIE, and SPECTRUM,<br><br>Defendants. | Cause No. CV 11-00061-H-DWM-RKS<br><br>ORDER |

On January 25, 2012, Plaintiff filed an Amended Complaint (Dkt. 10) in response to an Order dated October 28, 2011. (Dkt. 4). Plaintiff represented his address as the Lewis and Clark Detention Center in Helena, Montana but the inmate rooster for the Lewis and Clark Detention Center does not list him as an inmate.

On March 16, 2012, Magistrate Judge Strong issued an Order requiring Plaintiff to verify his address with the Court. That Order was returned as undeliverable on March 26, 2012. Local Rule 5.2(b) allows for the dismissal of a complaint without prejudice when the Court fails to receive a notice of change of

1

address within 60 days of the return of a written communication from the Court. It has been more than 60 days since Magistrate Judge Strong's Order was returned on March 26, 2012.

Based upon the foregoing and Local Rule 72.2(c), the Court issues the following:

## ORDER

1. Plaintiff's Complaint (Dkt. 2) is dismissed without prejudice.

2. All pending motions are terminated.

2. The Clerk of Court is directed to enter a judgment of dismissal and close this case.

DATED this 31st day of May, 2012.

Donald W. Molloy, District Judge
United States District Court